WILLIAM PENNY, APPELLANT, VS. N. H. HOLMES, APPELLEE.

Where the judgment of the Circuit Court is based upon a consideration
of all of the testimony adduced, and none of the testimony is properly
brought before this Court, the judgment must be affirmed.

This is an appeal from a judgment of the Circuit Court in
Escambia County, rendered in an action of replevin institu-
ted by Penny against Holmes. There was a judgment for
defendant, from which the plaintiff appealed. The error as-
signed in this case required a consideration of the testimony
in order to its determination, and there was no bill of excep-
tions in the record. The case is decided solely upon this
point.

*C. W. Jones* for Appellant.

*Mallory & Maxwell* for Appellee.

WESTCOTT, J., delivered the opinion of the court.

This is an appeal from a judgment in an action of replevin
instituted in Escambia county.

The case both as to the law and the facts was submitted
to the court, and after due consideration of the same, judg-
ment was rendered for the defendant, (the appellee here,) in
the court below.

The evidence submitted to the court is not before us.
There is no bill of exceptions in the record. We have noth-
ing but the judgment of the court before us, and we cannot
presume that it is wrong.

We deem it unnecessary to discuss the effect of the con-
stitutional requirement directing that the evidence shall be
reduced to writing by the clerk under the control of the
court and filed with the papers in the case, as this matter
has been decided at this term after mature consideration,
our conclusion being that this section does not dispense with
the necessity of a bill of exceptions.

The judgment is affirmed.